UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY_____ D.C.

05 JUL -8 PM 2: 28

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT
W.D. OF TN.-JACKSON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No.05-10038-T |
| vs. ) | |
| ) | |
| THOMAS ROSS PIERCE ) | |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Thomas Ross Pierce, DOB 06/29/1976, SSN 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, now being detained in the Gibson County Jail, Trenton, Tennessee, appear before Magistrate Thomas Anderson on the 22nd day of JULY, 2005 for an Appearance and for such other appearances as this Court may direct. 2:15 P.M.

Respectfully submitted this 7th day of July, 2005.

_____
Jerry R. Kitchen
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN Sheriff/Warden, Gibson County Jail, Tranton, Tennessee.

YOU ARE HEREBY COMMANDED to have Thomas Ross Pierce appear before the Magistrate Thomas Anderson at the date and time aforementioned.

ENTERED this 08th day of July, 2005.

_____
S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 1:05-CR-10038 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT