IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ DC

05 JUL 26 PM 4:08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                  Cr. No. 05-10038-01-T/An

THOMAS ROSS PIERCE,

    Defendant.

## ORDER ON ARRAIGNMENT

This cause came to be heard on July 26, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

NAME:        David Camp
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____ The defendant, who is not in custody, may stand on his/her present bond.

__✓__ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

*S. Thomas Anderson*
S. THOMAS ANDERSON
United States Magistrate Judge

Charges:     manufacture methamphetamine, felon in possession of a firearm, etc.

Assistant U.S. Attorney assigned to case: Kitchen

Rule 32 was: _____ waived  __✓__ not waived.

Defendant's age: 29

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7/27/05

31

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 1:05-CR-10038 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT