

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                                         CR NO. 1:05-CR-10038-01-T

THOMAS ROSS PIERCE

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on November 1, 2005, Assistant U. S. Attorney, Jerry Kitchen, appearing for the government, and the defendant appeared in person and with counsel, David W. Camp, who was appointed.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Count 1 of the Indictment.

This case has been set for sentencing on **Thursday, February 2, 2006 at 8:30 A.M.**

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 1 November 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-4-05

55

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 1:05-CR-10038 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT